**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARL THOMPSON, | No. 22-35892 |
| Plaintiff-Appellant, | D.C. No. 3:22-cv-00075-SLG-KFR |
| v. | |
| MARJORIE K. ALLARD, Judge; Chief Judge of the Alaska Court of Appeals; TRACEY WOLLENBERG, Judge; Judge of the Alaska Court of Appeals; TIMOTHY W. TERRELL, Judge; Judge Sitting by Designation on the Alaska Court of Appeals, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Alaska
Sharon L. Gleason, District Judge, Presiding

Submitted August 15, 2023**

Before:    TASHIMA, S.R. THOMAS, and FORREST, Circuit Judges.

Alaska state prisoner Carl Thompson appeals pro se from the district court's

judgment dismissing his 42 U.S.C. § 1983 action alleging claims arising out of

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

state court proceedings.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo the district court's dismissal under 28 U.S.C. § 1915A.  *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000).  We affirm.

The district court properly dismissed Thompson's action because it was a forbidden de facto appeal of a prior state court judgment.  *See Noel v. Hall*, 341 F.3d 1148, 1163 (9th Cir. 2003) (discussing the *Rooker-Feldman* doctrine).

The district court did not abuse its discretion in dismissing without leave to amend because amendment would be futile.  *See Cervantes v. Countrywide Home Loans, Inc.*, 656 F.3d 1034, 1041 (9th Cir. 2011) (setting forth standard for review and explaining that leave to amend may be denied where amendment would be futile).

**AFFIRMED.**